1  McGREGOR W. SCOTT
   United States Attorney
2  GARY M. LEUIS
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 1:18-po-00293-SAB
12 |                       Plaintiff, | [Citation #7418139  CA/74]
13 | v.                               | MOTION AND ORDER FOR DISMISSAL
14 | KYANNA WOLF                      |
15 |                       Defendant. |
16

17
18     The United States of America, by and through McGregor W. Scott, United States Attorney, and
19 Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No.
20 1:18-po-00293-SAB [Citation #7418139 CA/74] against KYANNA WOLF without prejudice in the
21 interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22 DATED: November 14, 2018                    Respectfully submitted,

23                                             McGREGOR W. SCOTT
                                               United States Attorney
24
                                         By:   /s/ Gary M. Leuis
25                                             GARY M. LEUIS
                                               Special Assistant United States Attorney
26

27

28
                                        1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00293-SAB [Citation #7418139 CA/74] against KYANNA WOLF be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**November 14, 2018**__

UNITED STATES MAGISTRATE JUDGE